IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Zakwieia

    Plaintiff(s)

vs.    Civil No.: AMD-00-1776

American Home
    Defendant(s)

\* \* \* \* \* \*

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this 26th day of July, 2000,

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

                    Andre M. Davis
                    United States District Judge

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO |
|---|---|---|---|
| Judge John F. Nangle<br>United States District Court<br>Southern District of Georgia | Judge Louis C. Bechtle<br>United States District Court<br>Eastern District of Pennsylvania | Judge Morey L. Sear<br>United States District Court<br>Eastern District of Louisiana | Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge John F. Keenan<br>United States District Court<br>Southern District of New York | Judge Bruce M. Selya<br>United States Court of Appeals<br>First Circuit | |
| | Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | Judge Julia Smith Gibbons<br>United States District Court<br>Western District of Tennessee | Telephone: [202] 502-2800<br>Fax: [202] 502-2888 |

July 24, 2000

Michael E. Kunz, Clerk
U.S. Courthouse, Room 2609
601 Market Street
Philadelphia, PA 19106

Re: MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation

(See Attached Schedule CTO-#59)

Dear Mr. Kunz:

I am enclosing a certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on July 6, 2000. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in the Panel's Rule 7.4(c), execution of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the orders are directed to you for filing.

Transferor courts are reminded that Rule 1.6(a), R.P.J.P.M.L., remains suspended in accordance with the order filed on December 10, 1997 (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F.Supp. 834 (J.P.M.L. 1998). Also, Judge Louis C. Bechtle's Pretrial Order No. #2 filed on January 9, 1998, provides that "...the clerk of the transferor court shall retain the entire original file and forward to the clerk of the transferee district court only a certified copy of both the docket sheet and the complaints together with amendments, if any."

A list of counsel is attached hereto.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc:  Transferee Judge: Hon. Louis C. Bechtle
     Transferor Judges: (See Attached List)
     Transferor Clerks: (See Attached List)

JPML Form 38E



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

July 6, 2000

MICHAEL J. BECK
CLERK OF THE PANEL

DOCKET NO. 1203

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-59)*

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 2,255 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Louis C. Bechtle.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bechtle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 181 F.R.D. 1, 10, the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997 (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F. Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Louis C. Bechtle.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 2 4 2000

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Michael J. Beck
Clerk of the Panel

```
                                        JUDICIAL PANEL ON
                                      MULTIDISTRICT LITIGATION
                                              FILED

                                          July 6, 2000

                                        MICHAEL J. BECK
                                       CLERK OF THE PANEL
```

## SCHEDULE CTO—59 — TAG ALONG CASES
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE)
## PRODUCTS LIABILITY LITIGATION

| DISTRICT DIV CIVIL ACTION# | DISTRICT DIV CIVIL ACTION# | DISTRICT DIV CIVIL ACTION# |
|---|---|---|
| ALABAMA NORTHERN | MARYLAND | NEBRASKA |
| ALN  2  00-1203 | MD  1  99-2548 | NE  8  00-328 |
| ALN  2  00-1359 | MD  1  00-1633 | NE  8  00-347 |
| ALN  4  00-1435 | MD  1  00-1635 | |
| | MD  1  00-1640 | NEW MEXICO |
| ARKANSAS EASTERN | MD  1  00-1776 | NM  1  00-601 |
| ARE  3  00-198 | MD  1  00-1777 | ~~NM  1  00-638~~ opposed |
| ARE  3  00-202 | MD  1  00-1779 | |
| | MD  1  00-1780 | NEVADA |
| ARKANSAS WESTERN | MD  8  00-1630 | ~~NV  2  00-90~~ opposed |
| ARW  5  00-5074 | MD  8  00-1631 | NV  3  99-552 |
| ARW  5  00-5114 | MD  8  00-1632 | |
| | MD  8  00-1634 | OHIO NORTHERN |
| CALIFORNIA NORTHERN | MD  8  00-1639 | OHN  4  00-1352 |
| CAN  5  00-20576 | MD  8  00-1778 | |
| | | OHIO SOUTHERN |
| FLORIDA MIDDLE | MINNESOTA | OHS  1  99-1036 |
| FLM  8  00-1060 | MN  0  00-1368 | |
| FLM  8  00-1061 | MN  0  00-1374 | OKLAHOMA WESTERN |
| FLM  8  00-1062 | MN  0  00-1422 | OKW  5  00-946 |
| FLM  8  00-1125 | MN  0  00-1424 | |
| FLM  8  00-1126 | MN  0  00-1425 | TEXAS NORTHERN |
| | MN  0  00-1426 | TXN  3  00-1164 |
| FLORIDA SOUTHERN | MN  0  00-1427 | |
| FLS  1  00-1643 | MN  0  00-1428 | UTAH |
| FLS  1  00-1647 | MN  0  00-1429 | UT  1  00-42 |
| | MN  0  00-1430 | UT  2  00-430 |
| GEORGIA MIDDLE | MN  0  00-1431 | UT  2  00-431 |
| ~~GAM  7  00-72~~ opposed | MN  0  00-1462 | UT  2  00-432 |
| ~~GAM  7  00-73~~ opposed | MN  0  00-1463 | |
| | MN  0  00-1465 | VIRGINIA EASTERN |
| IDAHO | | VAE  1  00-777 |
| ID  3  00-250 | MISSISSIPPI NORTHERN | |
| | MSN  2  00-89 | VIRGINIA WESTERN |
| ILLINOIS CENTRAL | | VAW  6  00-50 |
| ILC  2  00-2130 | NORTH CAROLINA EASTERN | |
| | NCE  7  00-95 | WASHINGTON EASTERN |
| INDIANA SOUTHERN | | WAE  2  00-194 |
| INS  1  00-241 | NORTH CAROLINA WESTERN | WAE  2  00-195 |
| INS  2  00-41 | NCW  1  00-103 | |
| | NCW  3  00-220 | WASHINGTON WESTERN |
| LOUISIANA EASTERN | | WAW  2  00-879 |
| LAE  2  00-1565 | NORTH DAKOTA | |
| LAE  2  00-1566 | ND  3  00-77 | |
| | ND  3  00-78 | |
| MASSACHUSETTS | ND  3  00-79 | |
| MA  1  00-11062 | ND  3  00-80 | |
| | ND  3  00-81 | |

# INVOLVED CLERKS LIST (CTO-59)
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle
P.O. Box 727
Oxford, MS  38655

Bruce Rifkin
215 U.S. Courthouse
1010 Fifth Avenue
Seattle, WA  98104

Cameron S. Burke
Federal Building, #304
220 East 5th Avenue
Moscow, ID  83843

Christopher R. Johnson
523 John Paul Hammerschmidt
Federal Building
35 East Mountain Street
Fayetteville, AR  72701

Clarence Maddox
Federal Courthouse Square
301 North Miami Avenue
Miami, FL  33128

David W. Daniel
U.S. District Court
P.O. Box 25670
Raleigh, NC  27611

Edward J. Klecker
130 Quentin N. Burdick U.S. Courthouse
655 First Avenue North
Fargo, ND  58107

Felicia C. Cannon
U.S. Courthouse, 2nd Floor
6500 Cherrywood Lane
Greenbelt, MD  20770

Felicia C. Cannon
Edward A. Garmartz Federal Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD  21201

Francis E. Dosal
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

Frank G. Johns
309 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC  28801

Frank G. Johns
210 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC  48202

Gary D. McFarland
U.S. District Court
P.O. Box 129 DTS
Omaha, NE  68101

Geri M. Smith
329 U.S. Courthouse
City Hall Annex
9 West Front Street
Youngstown, OH  44503

Gregory J. Leonard
P.O. Box 68
Valdosta, GA  31603

James R. Larsen
U.S. District Court
P.O. Box 1493
Spokane, WA  99210

James W. McCormack
312 Federal Building
615 South Main Street
Jonesboro, AR  72401

John M. Waters
218 U.S. Courthouse
201 South Vine Street
Urbana, IL  61801

Kenneth J. Murphy
326 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202

Lance S. Wilson
Foley Federal Building
300 Las Vegas Blvd., South
Las Vegas, NV  89101

Lance S. Wilson
Bruce R. Thompson U.S. Courthouse & Federal Building
Suite 301
400 South Virginia Street
Reno, NV  89501

Laura A. Briggs
105 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN  46204

Laura A. Briggs
207 Federal Building
30 North 7th Street
Terre Haute, IN  47808

Loretta G. Whyte
C-151 U.S. Courthouse
500 Camp Street
New Orleans, LA  70130

Markus B. Zimmer
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT  84101

Morgan E. Scott, Jr.
P.O. Box 744
Lynchburg, VA  24505

Nancy H. Doherty
14A20 Earle Cabell Federal Bldg. & U.S. Courthouse
1100 Commerce Street
Dallas, TX  75242